IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

SANTANA LASHONDA
WILLIAMS,

      Appellant,

v.

STATE OF FLORIDA,
DEPARTMENT OF HEALTH,
BOARD OF NURSING,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-2380

Opinion filed January 8, 2015.

An appeal from the Department of Health.
Joe R. Baker, Jr., Executive Director, Florida Board of Nursing.

Bennett M. Miller of Dunn & Miller, P.A., Tallahassee, for Appellant.

Therese A. Savona, Chief Appellate Counsel, Florida Department of Health, Prosecution Services Unit, Tallahassee, for Appellee.

PER CURIAM.

      AFFIRMED.

WOLF, THOMAS, and WETHERELL, JJ., CONCUR.